

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-20-00442-CV

**IN THE INTEREST OF J.A.**, Y.A., A.A., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI01637
Honorable Monique Diaz, Judge Presiding

PER CURIAM

Sitting:  Rebeca C. Martinez, Chief Justice
     Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice

Delivered and Filed: May 19, 2021

DISMISSED

Appellant Wesam S. Aziz filed a motion to dismiss, stating the matter in controversy has become moot as a result of the trial court's ruling permitting a nunc pro tunc order to resolve the issue for which appellant sought an appeal. Appellee Nissreen T. Aziz has not opposed the motion. *See* TEX. R. APP. P. 10.3(a). Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM